```
 1  William M. Turner (State Bar No. 199526)
    wmturner@jonesbell.com
 2  JONES, BELL, ABBOTT, FLEMING & FITZGERALD L.L.P.
    601 South Figueroa Street
 3  Twenty-Seventh Floor
    Los Angeles, California 90017-5759
 4  Telephone:  (213) 485-1555
    Facsimile:  (213) 689-1004
 5
    Attorneys of Record for Defendant
 6  TD AMERITRADE, INC.

 7  Steven Ellsworth
    steve.ellsworth@hotmail.com
 8  605 View Ridge Drive
    Pacifica, California 94044
 9  Telephone: (650) 892-4549

10  Plaintiff In Pro Per
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN ELLSWORTH,<br><br>Plaintiff,<br><br>v.<br><br>TD AMERITRADE, INC.,<br><br>Defendant. | CASE NO.: C 11-05071 LB (MOP)<br><br>STIPULATION OF DISMISSAL<br><br>Judge:      Hon. Laurel Beeler<br>Courtroom:  4 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the parties to the above-referenced action stipulate that all claims in the above-captioned action be and hereby are dismissed as follows:

Plaintiff Steven Ellsworth hereby dismisses, without prejudice, all claims in his Complaint filed on September 30, 2011, in the Superior Court for the County of San

1  Mateo, and removed to this Court by Defendant TD Ameritrade, Inc. on October 17,
2  2011 [Dkt. No. 1].
3      Each party shall bear its own attorneys' fees, if any, and costs.

5  Dated: October 27, 2011    William M. Turner
6          JONES, BELL, ABBOTT, FLEMING &FITZGERALD L.L.P.

8      By: /s/ William M. Turner
        William M. Turner
9      Attorneys of Record for Defendant
    TD AMERITRADE, INC.

12 Dated: October 27, 2011    Steven Ellsworth

14     By: /s/ Steven Ellsworth
        Steven Ellsworth
15     Plaintiff In Pro Per

23 Filer's attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Steven Ellsworth.

25 Dated: October 27, 2011    By: /s/ William M. Turner

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 601 South Figueroa Street, Twenty-Seventh Floor, Los Angeles, California 90017-5759.

On October 27, 2011, I served the foregoing document(s) described as: **STIPULATION OF DISMISSAL.**

☒ **BY MAIL:** I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.
☐ by placing a true copy thereof in sealed envelope(s) addressed as stated on the attached "SERVICE MAILING LIST."
☒ by placing a true copy thereof in sealed envelope(s) addressed as follows:

**Steven Ellsworth**
**605 View Ridge Drive**
**Pacifica, California 94044**
Telephone: 650 / 892-4549

☐ **BY FAX:** By transmitting a true and correct copy of the above-referenced document(s) at ____ A.M./P.M. to the persons listed on the attached "SERVICE MAILING LIST" at the facsimile numbers reflected on the "SERVICE MAILING LIST." The phone number for the sending facsimile machine is (213) 689-1004. The transmission was reported as complete and without error. The transmission report was properly issued by the transmitting facsimile machine. A true copy of the transmission report is attached.

☐ **BY PERSONAL SERVICE:** I personally delivered a true and correct copy of the above-referenced document to:

☐ **BY OVERNIGHT MAIL:** I caused to be delivered to an express service carrier courier or driver authorized by said express service carrier, a true copy of the foregoing document(s) in sealed envelopes or packages designated by the express service carrier for delivery on the next business day with fees for overnight delivery paid or provided to:
☐ the person(s) listed on the attached "SERVICE MAILING LIST."
☐ the following person(s):

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2011, at Los Angeles, California.

/s/ Sami Hasan
**SAMI HASAN**

- 1 -